MARION BOOTH HOLMESLY, JR.
820 MCCULOY STREET
WHITE SETTLEMENT, TEXAS 76108

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 24 2015

Abel Acosta, Clerk

8-19-2015

I, NEED WRIT OF HABEAS CORPUS # 24,665-02
OF 32 PAGES COST $9.80, CERTIFIED COST $5.00, I
HAVE ENCLOSED A POSTAL MONEY ORDER OF $14.80.

THANK YOU FOR YOUR HELP

Marion Holmesly, Jr.



**UNITED STATES POSTAL SERVICE** ®

**POSTAL MONEY ORDER**

Serial Number

**22504447260**

Year-Month-Day 2015-08-19    Post Office 761081    U.S. Dollars and Cents

**$14.80**

Amount    Fourteen Dollars and 80/100 ********************

Pay to *COURT OF CRIMINAL APPEALS*

Clerk    0

*MARION BOOTH HOLMESLY, JR.*

Address *P.O. BOX 12308*

From

*AUSTIN, TX. 78711*

Address *820 McCULOY STREET*

Memo *WRIT NO. 84,665-02*

© 2008 United States Postal Service. All Rights Reserved.

*WHITE SETTLEMENT, TX. 76108*

SEE REVERSE WARNING • NEGOTIABLE ONLY IN THE U.S. AND POSSESSIONS

⑈00000800 2⑈:    2 2504447 260 ⑈